TEXAS COMMERCE BANK–SAN
ANGELO, N.A., et al., petitioners,
v. Billy R. SHURLEY, et ux.

No. 97–567.

Supreme Court of the United States.

Nov. 17, 1997.

Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.